SSS:DJL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GLORIA CUERVO ROMAN,

        Defendant.

- - - - - - - - - - - - - - - - X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
CENTRAL DISTRICT OF CALIFORNIA

(Fed. R. Crim. P. 5)

No. 19-MJ-51

EASTERN DISTRICT OF NEW YORK, SS:

    ROBERT MARTINEZ, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about December 10, 1998, a warrant for the arrest of the defendant GLORIA CUERVO ROMAN was issued by the United States District Court for the Central District of California, in connection with a superseding indictment charging the defendant with: (1) aiding and abetting the distribution of controlled substances in violation of Title 21, United States Code, Section 846; (2) conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h); (3) laundering of monetary instruments, in violation of Title 18 United States Code, Section 1956(a)(1); and (4) with being a principal administrator of a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848(b).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about December 10, 1998, a warrant for the arrest of the defendant GLORIA CUERVO ROMAN was issued by the United States District Court for the Central District of California, in connection with a superseding indictment charging the defendant with: aiding and abetting the distribution of controlled substances, in violation of Title 21, United States Code, Section 846; conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h); laundering of monetary instruments, in violation of Title 18 United States Code, Section 1956(a)(1); and being a principal administrator of a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848(b). A true and correct copy of the arrest warrant is attached hereto as Exhibit A. A true and correct copy of the superseding indictment is attached as Exhibit B.

2. On or about January 20, 2019, a Customs and Border Protection ("CBP") database notified law enforcement authorities that a passenger, GLORIA CUERVO ROMAN, was flying into John F. Kennedy International Airport ("JFK Airport") from Bogota, Colombia, aboard Avianca Airlines flight #244. The CBP database indicated that there was an outstanding warrant for the arrest of the defendant GLORIA CUERVO ROMAN from the Central District of California.

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware.

3.  CBP officers conducted records checks, reviewed photographs and confirmed that the passenger GLORIA CUERVO ROMAN was indeed the individual named in the Central District of California arrest warrant. HSI agents also reviewed law enforcement databases, records, photographs and spoke with law enforcement authorities in the Central District of California to confirm that the passenger, GLORIA CUERVO ROMAN, was indeed the defendant named in the arrest warrant.

4.  HSI agents also compared the appearance of the defendant GLORIA CUERVO ROMAN to known photographs of the individual wanted in the Central District of California and found her to appear to be the same individual. Further, her name appeared on her travel documents, confirming that the defendant is the same individual as the passenger.

WHEREFORE, your deponent respectfully requests that the defendant GLORIA CUERVO ROMAN be removed to the Central District of California so that she may be dealt with according to law.

_____
Robert Martinez
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
22nd day of January, 2019

_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

# United States District Court
## Central District of California

United States of America
                  Plaintiff

v.

GLORIA CUERVO ROMAN   Defendant

**WARRANT FOR ARREST**

Case Number: CR 98-503(A)-MMM

TO: The United States Marshal and
Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GLORIA CUERVO ROMAN**
(Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

CONSPIRACY TO AID AND ABET THE DISTRIBUTION OF CONTROLLED SUBSTANCES;
CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS;
LAUNDERING OF MONETARY INSTRUMENTS;
PRINCIPAL ADMINISTRATOR OF A CONTINUING CRIMINAL ENTERPRISE;
FORFEITURE;
AIDING AND ABETTING/CAUSING AN ACT TO BE DONE

in violation of Title **21, 18** United States Code, Section(s) **846, 1956(h)(a), 848(b), 853, 982**

Name of Issuing Officer: SHERRI R. CARTER
Signature of Issuing Officer: [signature]

Title of Issuing Officer: CLERK OF COURT

Date and Location: 12/10/98 LOS ANGELES, CA

Bail Fixed at $ **DETENTION**

By **MAGISTRATE JUDGE HILLMAN**
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

# United States District Court
## Central District of California

ORIGINAL COPY

United States of America
           Plaintiff

**WARRANT FOR ARREST**

v.

Case Number: CR 98-503

Gloria Cuervo Roman    Defendant

TO: The United States Marshal and
     Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Gloria Cuervo Roman
                                                                 (Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Conspiracy to aid and abet the distribution of controlled substances; Conspiracy to Launder Monetary Instruments; Laundering of Monetary Instruments; Continuing Criminal Enterprise; Forfeiture; Forfeiture; Aiding and Abetting/Causing An Act to be done;

in violation of Title  21 & 18  United States Code, Section(s) 846,853 & 1956(h)(a),982,2

SHERRI R. CARTER                         CLERK OF COURT
Name of Issuing Officer                        Title of Issuing Officer

*[signature]*                        5/14/98 Los Angeles, CA
Signature of Issuing Officer                 Date and Location

Bail Fixed at $  Detention             By  Magistrate/Judge Eick
                                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

CR-12 (10/97)                                  WARRANT FOR ARREST

# EXHIBIT B